IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TERI JACOBS, | Case No. 3:20-cv-01653-SB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CITY OF PORTLAND, OFFICER 37, and JOHN DOES 1-20, | |
| Defendants. | |

Based on the parties' agreement,

Judgment is entered for Plaintiff Jacobs against Defendant City of Portland in the amount of fifty thousand and no/100 Dollars ($50,000.00), plus costs and attorney's fees in the amount of eleven thousand and no/100 Dollars ($11,000.00). The remaining defendants in this action are dismissed with prejudice.

DATED this 30th day of March, 2021.

HON. STACIE F. BECKERMAN
United States Magistrate Judge

PAGE 1 – JUDGMENT