RYAN C. BAILEY, OSB #130788
Deputy City Attorney
ryan.bailey@portlandoregon.gov
MARC RODRIGUEZ, OSB #201019
Assistant Deputy City Attorney
marc.rodriguez@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendants City of Portland and Officer 37*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **TERI JACOBS,** | Case No. 3:20-cv-01653-SB |
| **PLAINTIFF,** | **SATISFACTION OF JUDGMENT** |
| v. | |
| **CITY OF PORTLAND, OFFICER 37, and JOHN DOES 1-20,** | |
| **DEFENDANTS.** | |

STATE OF OREGON      )
                     ) ss.
County of Multnomah  )

SATISFACTION OF JUDGMENT

For the consideration of the sum of fifty thousand and no/100 Dollars ($50,000.00), plus costs and attorney's fees in the amount of eleven thousand and no/100 Dollars ($11,000.00), full

Page 1 – SATISFACTION OF JUDGMENT

satisfaction is hereby acknowledged of the Judgment [11] entered by the Honorable Stacie F. Beckerman in the above-entitled Court on March 30, 2021.

Counsel for the undersigned Parties to this action hereby authorize the Clerk of this Court to enter satisfaction of record of the above-referenced Judgment.

Dated: 4-5-2021

Juan C. Chavez, OSB #136428
Franz H. Bruggemeier, OSB #163533
*Of Attorneys for Plaintiff*

Ryan C. Bailey, OSB #130788
Deputy City Attorney, City of Portland
*Of Attorneys for Defendants*

Page 2 – SATISFACTION OF JUDGMENT

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVE., RM .430
PORTLAND, OREGON 97204
TELEPHONE: (503) 823-4047
FAX: (503) 823-3089